IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 4:14-cr-114-DPM-7

VIDAL ALMONTE-CERVANTES                                              DEFENDANT

ORDER

1. The Court directs the Clerk to return Almonte-Cervantes to the Court's active docket based on the United States' motion, № 792.

2. The United States' motion to dismiss, № 792, is granted. The Indictment, Superseding Indictment, and Second Superseding Indictment are dismissed without prejudice as to Almonte-Cervantes.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 July 2017